DUPLICATE
ORIGINAL

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SACR 02-339-DOC

UNITED STATES OF AMERICA,
        Plaintiff,
    vs.
Comer, Sean Michael
        Defendant.

Case No.: SACR 07-020-DOC

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Current backgrd, cmty ties unknown; bail resources unknown; substance abuse history; failure to comply___

1  _with supervision conditions, incl failure to_
2  _report as ordered; assoc w/multiple personal identifiers_
3  and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on _criminal history record; commission_
8  _of new offenses while under supervision;_
9  _substance abuse history_
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __12/27/10__
17                                      ROBERT N. BLOCK
                                        UNITED STATES MAGISTRATE JUDGE